IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                                    PLAINTIFF

v.                              Case No. 3:12-CV-03147

DETECTIVE RYAN WATSON; SHERIFF
DANNY HICKMAN, Boone County, Arkansas;
and CAPTAIN BOB KING                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations (Doc. 6) from Chief United States Magistrate Judge James R. Marschewski.  Also before the Court are Plaintiff's objections (Doc. 7).

After reviewing the record *de novo* as to Plaintiff's objections, the Court finds the Magistrate's reasoning to be sound and further finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrates' findings.  The Court therefore ADOPTS the findings and recommendations of the Magistrate in full.

IT IS THEREFORE ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE on the various and alternative grounds set forth in the report and recommendations.

The Clerk is directed to place a § 1915(g) strike flag on the case.

Judgment will be entered accordingly.

IT IS SO ORDERED this 19th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE